

FILED

JAN 3 0 2019

Clerk, U.S District Court
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>KARINA VICTORIA RUIZ-ROSALES,<br><br>               Defendant. | Case No. CR-16-36-GF-BMM-JTJ<br><br>FINDINGS RECOMMENDATION CONCERNING PLEA |

    The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of Possession with Intent to Distribute Methamphetamine in violation of 18 U.S.C. § 2 and 21 U.S.C § 841(a)(1), as set forth in the Superseding Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count I of the Superseding Indictment previously filed in this matter.

    After examining the Defendant under oath, I have made the following determinations:

    1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to Count II of the superseding indictment.

2. That the Defendant is aware of the nature of the charge against her and the consequences of pleading guilty to the charge;

3. That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights by pleading guilty to Count II charged against her in the superseding indictment.

4. That both her plea of guilty to Count II of the superseding indictment is knowingly and voluntarily entered, and is supported by independent factual grounds sufficient to prove each of the essential elements in Count II of the superseding indictment.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that she fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Count II of the superseding indictment, and that sentence be imposed. Finally, I recommend that Count I of the Superseding Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 29th day of January, 2019.

_____
John Johnston
United States Magistrate Judge